UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR   5:20-CR-50015 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute Controlled Substance |
| JAMES RENWICK, | (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)) |
| Defendant. | Prohibited Person in Possession of Firearms |
| | (18 U.S.C. §§ 922(g)(1) and 924(a)(2)) |

---

The Grand Jury charges:

## COUNT I

Beginning on a date unknown but no later than on or about September 2019, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, the defendant, James Renwick, knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## COUNT II

On or about November 14, 2019, in Rapid City, in the District of South Dakota, the defendant, James Renwick, having been convicted of a crime punishable by imprisonment of more than one year, and then knowing he had been convicted of a crime punishable by imprisonment of more than one year, did knowingly possess firearms, namely, a Hi-Standard manufacturing company, model HB, .22 long rifle caliber, semi-automatic pistol bearing serial number 293656, and a Strassell's Machine Incorporated, Hi-Point, model CF380, .380 auto caliber, semi-automatic pistol, bearing serial number P8160218, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION I

1.      The allegations contained in Count I of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2.      Upon conviction of the offense in violation of 21 U.S.C. §§ 841 and 846, set forth in Count I of this Indictment, the defendant, James Renwick, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

    a.    a Hi-Standard manufacturing company, model HB, .22 long rifle caliber, semi-automatic pistol, bearing serial number 293656;

    b.    a Strassell's Machine Incorporated, Hi-Point, model CF380, .380 auto caliber, semi-automatic pistol, bearing serial number P8160218; and

    c.    any and all ammunition seized from his vehicle on or about November 14, 2019.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## FORFEITURE ALLEGATION II

1.    The allegations contained in Count II of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), set forth in Count II of the Indictment, the defendant, James Renwick, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

      a.     a Hi-Standard manufacturing company, model HB, .22 long rifle caliber, semi-automatic pistol, bearing serial number 293656;

      b.     a Strassell's Machine Incorporated, Hi-Point, model CF380, .380 auto caliber, semi-automatic pistol, bearing serial number P8160218; and

      c.     and any ammunition seized from his vehicle on or about November 14, 2019.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

**NAME REDACTED**

_____

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____

4