UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50015 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JAMES RENWICK, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Federal Rule of Criminal Procedure 11(b)(3):

Beginning on or about September 2019 and continuing until on or about December 2019, James Renwick, the defendant, along with at least one other person, reached an agreement or came to an understanding to distribute a mixture or substance containing methamphetamine in the District of South Dakota and elsewhere.

He voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine, a Schedule II controlled substance. At the time he joined in the agreement or understanding to distribute methamphetamine, he knew the purpose of the agreement or understanding.

During his involvement in the conspiracy, the defendant brought methamphetamine to South Dakota from Colorado, or he arranged for others to bring it to South Dakota for him. Once the defendant arrived in the Rapid City

area, the defendant dispersed methamphetamine to others for use and distribution. Some of the controlled substances the defendant supplied were on a "front", meaning the defendant would provide the substances without receiving payment initially and would get paid at a later date. It was reasonably foreseeable that at least 1.5 kilograms but less than 5 kilograms of methamphetamine would be distributed during the course of the conspiracy.

On November 14, 2019, law enforcement had contact with the defendant and recovered:

a. a Hi-Standard manufacturing company, model HB, .22 long rifle caliber, semi-automatic pistol, bearing serial number 293656;
b. a Strassell's Machine Incorporated, Hi-Point, model CF380, .380 auto caliber, semi-automatic pistol, bearing serial number P8160218; and
c. ammunition.

The defendant also had in his vehicle and the surrounding area methamphetamine and paraphernalia for the use and distribution of methamphetamine.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

_9/9/2020_
Date

Kathryn N. Rich
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Kathryn.Rich@usdoj.gov

_09/02/2020_
Date

James Renwick)
Defendant

_9/ 8 /2020_
Date

Dana Hanna
Attorney for Defendant